1  TIMOTHY J. YOO (State Bar No.155531)
   tjy@lnbyb.com
2  CARMELA T. PAGAY (State Bar No. 195603)
   ctp@lnbyb.com
3  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
4  Los Angeles, CA 90067
5  Telephone: (310) 229-1234
   Facsimile:  (310) 229-1244
6
7  Attorneys for David M. Goodrich
   Chapter 7 Trustee

**FILED & ENTERED**

**MAR 24 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY evangeli   DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | Case No. 2:12-bk-27692-ER |
|---|---|
| FRANCISCO JAVIER SOTO, | Chapter 7 |
| Debtor. | **ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND LETICIA ROMERO RE DIVISION AND DISBURSEMENT OF SALE PROCEEDS OF CERTAIN REAL PROPERTY** |
| | [No Hearing Required] |

///

///

///

///

///

///

///

///

1

The Stipulation Between Chapter 7 Trustee and Leticia Romero re Division and Disbursement of Sale Proceeds of Certain Real Property [Doc 78] (the "Stipulation"), having been read and approved, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved.

Further, as the Stipulation includes a withdraw of Ms. Romero's objection, the parties are no longer required to submit briefs on the disbursement of sale proceeds from the subject property, pursuant to a previous Court order, because the Stipulation resolves the matter. *See* Doc. No. 76.

IT IS SO ORDERED.

### #

Date: March 24, 2017

Ernest M. Robles
United States Bankruptcy Judge

2