| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ASSET RECOVERY TRUST<br>P.O. BOX 4296<br>COSTA MESA, CA 92628-4296<br>PH:  714-546-8100<br>FAX: 714-435-1792 | **FILED**<br>OCT 0 2 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                              Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:  FRANCISCO JAVIER SOTO | CASE NUMBER LA 12-27692 ER |
|---|---|
| | HEARING DATE:<br>TIME:<br>PLACE: |
| Debtor. | |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 11,925.00 _____ which is the sum of all monies deposited with the court on the following date(s) 7/14/2017 _____
on behalf of the ~~creditor~~ debtor Francisoo Javier Soto _____ on claim number(s) N/A _____

2. Please check and complete the applicable subparagraph(s) below:

   ☐ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☒ c. I am the creditor and have appointed  ASSET RECOVERY TRUST _____
   as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

_____
_____
_____
_____

(Continued on next page)

Motion for Order Releasing Unclaimed Funds - *Page 2*

**F 3011-1**

| In re  FRANCISCO JAVIER SOTO | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER LA 12-27692 ER |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   Francisco Javier Soto

   15435 Longworth Ave.

   Norwalk, CA 90650

   562-334-8504

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   SEE CERTIFIED STATEMENT ATTACHED.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

*Revised May 2004*    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

Motion for Order Releasing Unclaimed Funds - *Page 3*                    F 3011-1

| In re  FRANCISCO JAVIER SOTO | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER LA 12-27692 ER |

X _[signature]_
Creditor

(Corporate Seal

if applicable)

Francisco Javier Soto
*Type or Print Creditor's Name*

15435 Longworth Ave.
Creditor's Address

Norwalk, CA 90650

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA, COUNTY OF __Los Angeles__

On __September 26, 2017__ before me, personally appeared *(insert name and title of the signer)* __Gerardo Castillo, Notary Public__

__Francisco Javier Soto__

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_[signature]_
Notary Public

(SEAL)

My commission expires on __03/02/2021__

GERARDO CASTILLO
Notary Public – California
Los Angeles County
Commission # 2182105
My Comm. Expires Mar 2, 2021

F 3011-1

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Motion for Order Releasing Unclaimed Funds - *Page 4*     F 3011-1

| In re  FRANCISCO JAVIER SOTO | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER LA 12-27692 ER |

*Signature of Attorney/Attorney-in-Fact (if appointed)*

AL MELONE for ASSET RECOVERY TRUST
*Type or Print Name*

P.O. BOX 4296
Address

COSTA MESA, CA 92628-4296

STATE OF CALIFORNIA, COUNTY OF _____

On _____ before me, personally appeared *(insert name and title of the signer)*

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

Notary Public

My commission expires on _____

Presented by:
ASSET RECOVERY TRUST
P.O. BOX 4296
COSTA MESA, CA 92628-4296

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    F 3011-1

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Orange_____)

On __7th August, 2017__ before me, __Margaret A Sevadjian, Notary Public__
(insert name and title of the officer)

personally appeared __Al Melone_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __[signature]_____    (Seal)

MARGARET A. SEVADJIAN
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 2155592
ORANGE COUNTY
My Comm. Expires June 3, 2020

Motion for Order Releasing Unclaimed Funds - *Page 5*    **F 3011-1**

| In re FRANCISCO JAVIER SOTO | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER LA 12-27692 ER |

# PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on __9-29-17__, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

UNITED STATES ATTORNEY
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

UNITED STATES TRUSTEE'S OFFICE
725 S FIGUEROA, 26TH FLOOR
LOS ANGELES, CA 90017

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

David M. Goodrich
333 S. Hope St. 35th Floor
Los Angeles, CA 90071

Carmela Pagay
10250 Constellation Blvd. #1700
Los Angeles, CA 90067

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

Francisco Javier Soto
15435 Longworth Ave.
Norwalk, CA 90650

Javier H. Castillo
145 E. Rowland St. #A
Covina, CA 91723

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

Date __9-29-17__

Signature /s/
AL MELONE
*Type or Print Name*

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

## LIMITED POWER OF ATTORNEY/ DECLARATION

I do hereby grant to **ASSET RECOVERY TRUST**, my sole true and lawful attorney-in-fact for me and in my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following limited purpose <u>and for no other</u>:

To reclaim, recover, and return unclaimed funds in the amount of **$11,925.00** only, less agreed upon fee, to be split pro-rata with the co-debtor, my ex-husband, to the signatory below.

I do hereby grant my attorney-in-fact every power necessary to carry out the limited purposes for which this limited power of attorney is granted, on an exclusive basis.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

I do hereby declare that my name is Francisco Javier Soto, that I am the debtor of case LA 12-27692 EMR, that I moved from 832½ Date St., Montebello, CA 90640, that I am presently located at 15435 Longworth Ave., Norwalk, CA 90650, that my phone number is 562-334-8504, and that I am entitled to this unclaimed dividend.

I do hereby certify under penalty of perjury under U.S. law that the foregoing is true and correct.

DATED 9-26-17    SIGNED X _____

NAME ___FRANCISCO JAVIER SOTO,_____

---

SUBSCRIBED AND SWORN TO BEFORE ME THIS 26th DAY OF September, 2017, TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

[SEAL]

NOTARY PUBLIC IN AND FOR
The State of California
My Commission expires on 03/02/2021

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness accuracy or validity of that document

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 26th day of September, 2017 by Francisco Javier Soto proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature _____ (seal)



GERARDO CASTILLO
Notary Public - California
Los Angeles County
Commission # 2182105
My Comm. Expires Mar 2, 2021