


UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re

Francisco Javier Soto

Debtor (s)

Case No: LA12-27692-ER

ORDER TO PAY UNCLAIMED FUNDS
(28 U.S.C. Section 2042; LBR 3011-1)

It appears that a check made payable to Francisco Javier Soto totaling $11,925.00, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on July 14, 2017 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that Francisco Javier Soto c/o Asset Recovery Trust now claims the above monies in a motion filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $11,925.00 to Francisco Javier Soto c/o Asset Recovery Trust, PO Box 4296, Costa Mesa, CA 92628.

_____    10/10/17
Honorable Ernest M. Robles              Date