| Chapter 7 Trustee Name,, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>David M. Goodrich<br> goodrichtrustee@sulmeyerlaw.com<br>333 S. Hope Street 35th Floor<br>Los Angeles, CA  90071<br>(213) 626-2311 Phone<br>(213) 629-4520 Fax<br><br>☐ *Attorney for chapter 7 trustee*<br>☒ *Chapter 7 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 28 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY evangeli   DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**<br>**LOS ANGELES DIVISION** |
| In re:<br><br>SOTO, FRANCISCO JAVIER<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:12-bk-27692-ER<br>CHAPTER:  7 |
| | **ORDER ON FINAL FEE APPLICATIONS ALLOWING PAYMENT OF:**<br>**(1) COURT AND U.S. TRUSTEE FEES; AND**<br>**(2) FINAL FEES AND EXPENSES OF TRUSTEE AND PROFESSIONALS**<br>**[LBR 2016-1(c)(4)]** |
| | DATE: November 22, 2017<br>TIME: 10:00 a.m.<br>COURTROOM: 1568<br>ADDRESS: 255 E. Temple St., Los Angeles, CA 90012 |

The chapter 7 trustee filed a Trustee's Final Report in this case.  Applications for final compensation were filed by the chapter 7 trustee and, if applicable, other professionals.  Based on findings and conclusions made by the court, **IT IS ORDERED: Fees and expenses are approved as follows, and if not already paid may be paid**:

1. **Fees:  U.S. Bankruptcy Court and U.S. Trustee**
   U.S. Bankruptcy Court fees *(specify)*

   |   |   |   |
   |---|---|---|
   |   | $ | 0.00 |
   |   | $ | 0.00 |
   |   | $ | 0.00 |

   | | | |
   |---|---|---|
   | Subtotal of court fees: | $ | 293.00 |
   | U.S. Trustee fees | $ | 0.00 |
   | Total allowed court and U.S. Trustee fees | $ | 293.00 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 1                          **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

2. **Professional Fees and Expenses:**

   a. Chapter 7 Professional Fees and Expenses:

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | (1) **Name of Professional/Profession:** Levene, Neale, Bender, Yoo & Brill, LLP, Trustee's Attorney | | | | |
   | Fees | $ 76,031.00 | $ 72,229.45 | $ 0.00 | $ 72,229.45 |
   | Expenses | $ 2,588.61 | $ 2,588.61 | $ 0.00 | $ 2,588.61 |
   | (1) **Name of Professional/Profession:** SL Biggs, A Divison of SingerLewak, Trustee's Accountant | | | | |
   | Fees | $ 6,995.50 | $ 6,645.72 | $ 0.00 | $ 6,645.72 |
   | Expenses | $ 167.74 | $ 167.74 | $ 0.00 | $ 167.74 |

   ☐ Additional professional fees and expenses attached.

   b. Chapter 11 Professional Fees and Expenses (prior to conversion to chapter 7):

   | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|
   |  |  |  |  |

   ☐ Additional professional fees and expenses attached.

3. **Trustee Fees and Expenses:**

   a. Chapter 7 Trustee Fees and Expenses:

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | **Trustee: David M. Goodrich (Successor)** | | | | |
   | Fees | $ 3,717.76 | $ 3,717.76 | $ 0.00 | $ 3,717.76 |
   | Expenses | $ 33.28 | $ 33.28 | $ 0.00 | $ 33.28 |
   | Bank Fees | $ 956.82 | $ 956.82 | $ 956.82 | $ 0.00 |
   | Bond | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
   | Taxes | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | **Trustee: Alberta Stahl (Predecessor)** | | | | |
   | Fees | $ 11,153.29 | $ 11,153.29 | $ 0.00 | $ 11,153.29 |
   | Expenses | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                                                    Page 2                         **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

b.  Chapter 11 Trustee Fees and Expenses (prior to conversion to chapter 7):

|  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **Trustee**: | | | | |
| Fees | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Expenses | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Bank Fees | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Bond | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Taxes | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ Additional trustee fees and expenses attached.

4.  If the final dividend to creditors is the same or higher than proposed in the Trustee's Final Report, the trustee shall immediately proceed with the final distribution to creditors and professionals.  If the final dividend to creditors is less than that which was proposed in the Trustee's Final Report, the trustee shall immediately submit to the U.S. Trustee an Amended Trustee's Report of Proposed Distribution and Dividend Payments within 30 days of the entry of this order.  Within 14 days the U.S. Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals.  The distribution to creditors and professionals shall occur at the same time and no later than 90 days from the entry of this order.

5.  ☐ Other:

###

Date: November 28, 2017

Ernest M. Robles
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*     Page 3     **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**