**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re: SOTO, FRANCISCO JAVIER    § Case No. 2:12-27692-ER
§
§
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    David M. Goodrich, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $17,400.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $123,573.62 | Claims Discharged Without Payment: $35,265.39 |
| Total Expenses of Administration: $124,501.38 | |

    3) Total gross receipts of $ 260,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 11,925.00 (see **Exhibit 2**), yielded net receipts of $248,075.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $23,020.00 | $118,352.15 | $118,352.15 | $118,352.15 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 129,435.41 | 124,501.38 | 124,501.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 20,318.00 | 26,422.86 | 26,422.86 | 5,221.47 |
| **TOTAL DISBURSEMENTS** | $43,338.00 | $274,210.42 | $269,276.39 | $248,075.00 |

4) This case was originally filed under Chapter 7 on May 20, 2012. The case was pending for 68 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/23/2018          By: /s/David M. Goodrich
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 606 N. Cliveden Ave., Compton CA 90220 | 1110-000 | 260,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$260,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Francisco Javier Soto | Exemption | 8100-001 | 0.00 |
| United States Bankruptcy Court | Unclaimed Dividends | 8100-001 | 11,925.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$11,925.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Mortgag | 4110-000 | 9,442.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Motor Credit Co | 4210-000 | 13,578.00 | N/A | N/A | 0.00 |
| | Payment to lender | 4110-000 | N/A | 17,398.30 | 17,398.30 | 17,398.30 |
| | United States Bankruptcy Court | 4120-001 | N/A | 100,953.85 | 100,953.85 | 100,953.85 |
| **TOTAL SECURED CLAIMS** | | | **$23,020.00** | **$118,352.15** | **$118,352.15** | **$118,352.15** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - David M. Goodrich | 2100-000 | N/A | 3,913.44 | 3,717.76 | 3,717.76 |
| Trustee Compensation - Alberta Stahl | 2100-000 | N/A | 11,740.31 | 11,153.29 | 11,153.29 |
| Trustee Expenses - David M. Goodrich | 2200-000 | N/A | 33.28 | 33.28 | 33.28 |
| Clerk of the Court Costs (includes adversary and other filing fees) - United | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Other - Levene, Neale, Bender, Yoo & Brill, LLP | 3210-000 | N/A | 76,031.00 | 72,229.45 | 72,229.45 |
| Other - Levene, Neale, Bender, Yoo & Brill, LLP | 3220-000 | N/A | 2,588.61 | 2,588.61 | 2,588.61 |
| Other - SL Biggs, A Divison of SingerLewak | 3410-000 | N/A | 6,995.50 | 6,645.72 | 6,645.72 |
| Other - SL Biggs, A Divison of SingerLewak | 3420-000 | N/A | 167.74 | 167.74 | 167.74 |
| Other - 2nd 1/2 Taxes | 2820-000 | N/A | 240.28 | 240.28 | 240.28 |
| Other - Coldwell Banker | 3510-000 | N/A | 3,900.00 | 3,900.00 | 3,900.00 |
| Other - Century 21 A Better Service | 3510-000 | N/A | 7,800.00 | 7,800.00 | 7,800.00 |
| Other - Century 21 A Better Service | 3510-000 | N/A | 3,900.00 | 3,900.00 | 3,900.00 |
| Other - Sebastian Lopez- clean up service | 2500-000 | N/A | 2,290.00 | 2,290.00 | 2,290.00 |
| Other - MyNHD Residential NHD Report | 2500-000 | N/A | 74.95 | 74.95 | 74.95 |
| Other - ASAP Invoice | 2500-000 | N/A | 678.15 | 678.15 | 678.15 |
| Other - Owners Title Insurance | 2500-000 | N/A | 970.00 | 970.00 | 970.00 |
| Other - Wire fee | 2500-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - Sub Escrow Fee | 2500-000 | N/A | 62.50 | 62.50 | 62.50 |
| Other - Recoring Order & Judgment | 2500-000 | N/A | 60.00 | 60.00 | 60.00 |
| Other - Transfer tax | 2820-000 | N/A | 286.00 | 286.00 | 286.00 |
| Other - 1st half taxes- Count of Los Angeles | 2820-000 | N/A | 1,829.83 | 1,829.83 | 1,829.83 |
| Other - Escrow fee | 2500-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Other - 1099 Processing fee | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - Drawing documentation fee | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - File archive fee | 2500-000 | N/A | 29.00 | 29.00 | 29.00 |
| Other - Law Offices of Brian D. Heckmann | 3210-000 | N/A | 3,420.00 | 3,420.00 | 3,420.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 342.71 | 342.71 | 342.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 300.34 | 300.34 | 300.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 152.04 | 152.04 | 152.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 161.73 | 161.73 | 161.73 |

**UST Form 101-7-TDR (10/1/2010)**

| | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $129,435.41 | $124,501.38 | $124,501.38 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 6,254.00 | 5,947.46 | 5,947.46 | 1,175.30 |
| 2 | Toyota Motor Credit Corporation | 7100-000 | unknown | 12,916.26 | 12,916.26 | 2,552.40 |
| 3 | Toyota Motor Credit Corporation | 7100-000 | unknown | 7,559.14 | 7,559.14 | 1,493.77 |
| NOTFILED | Superior Court of California | 7100-000 | 1,185.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 5,947.00 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Credit Service | 7100-000 | 121.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of Ameica | 7100-000 | 5,804.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding | 7100-000 | 831.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Co L | 7100-000 | 176.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $20,318.00 | $26,422.86 | $26,422.86 | $5,221.47 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 2:12-27692-ER  
**Case Name:** SOTO, FRANCISCO JAVIER  

**Trustee:** (001790)   David M. Goodrich  
**Filed (f) or Converted (c):** 05/20/12 (f)  
**§341(a) Meeting Date:**

**Period Ending:** 01/23/18  
**Claims Bar Date:** 03/04/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  606 N. Cliveden Ave., Compton CA 90220  California Fair Plan Property Insurance: CFP2484146-00  7/20/17 | 185,000.00 | 238,633.00 | | 260,000.00 | FA |
| 2  Cash on hand | 250.00 | 0.00 | | 0.00 | FA |
| 3  Checking Account Wells Fargo | 500.00 | 0.00 | | 0.00 | FA |
| 4  Mis Household Goods and Furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 5  Misc Clothing | 1,500.00 | 0.00 | | 0.00 | FA |
| 6  2000 Mitsubishi Montero  180,000 Miles | 1,500.00 | 0.00 | | 0.00 | FA |
| 7  2004 Nissan Altima  125,000 Miles | 3,500.00 | 0.00 | | 0.00 | FA |
| 8  2006 Toyota Tundra  150,000 Miles | 7,650.00 | 0.00 | | 0.00 | FA |
| 8  Assets  Totals (Excluding unknown values) | **$202,400.00** | **$238,633.00** | | **$260,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Period ending December 31, 2017- The final report was submitted on September 7, 2017. The final report hearing was set for November 22, 2017, The order approving all administrative fees and cost was approved by the court on November 28, 2017.

Once all checks have cleared and the trustee receives the bank statement showing a zero balance, he will submit a TDR.

TFR hearing 11/22/2017

Current period- All assets have been administered the trustee will proceed to close the case. In order to make a meaningful distribution to the unsecured creditors, all of the professionals have agreed to take a voluntary 5% fee deduction.

The trustee has reviewed the claims register at this time objection to claims are not required.

Estate returns have been prepared and the estate has received the tax clearance letter.

The trustee will not be amending the ETFR date.

Printed: 01/23/2018 02:37 PM    V.13.30

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 2:12-27692-ER  **Trustee:** (001790) David M. Goodrich
**Case Name:** SOTO, FRANCISCO JAVIER  **Filed (f) or Converted (c):** 05/20/12 (f)
  **§341(a) Meeting Date:**
**Period Ending:** 01/23/18  **Claims Bar Date:** 03/04/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Period ending June 30, 2017- The sale has closed and the trustee has received the net funds from escrow. Pursuant to a stipulation entered into with Leticia Romero (the co-owner of the property), Ms. Romero agreed to accept $100,953.85 from the sale to satisfy her interest in the property. The debtor also amended his schedules to claim a homestead exemption in the amount of $11,925.00. That amount has been paid to him. The trustee has reconciled his bank accounts and learned both Ms. Romero and the debtor did not cash their distribution checks. The checks became stale and the trustee issued a stop payment on each and forwarded the funds to the Bankruptcy Court. Prior to the trustee submitting the checks to the Bankruptcy Court, the trustee's counsel contacted the attorney's for the debtor to confirm that the checks were received by Ms. Romero and the debtor. The attorney confirmed both parties had received their checks, however, they were unhappy with the amounts they received and did not cash their checks in protest. The debtor's attorney was informed that once the checks became stale, the trustee would file a notice of unclaimed dividend with Bankruptcy Court and turn over the unclaimed funds. The trustee has issued notice of unclaimed dividend for both checks and will proceed to close the case.

The trustee has reviewed the claim register. At this time, objections to claims are not required.

Estate returns have been prepared and filed. The trustee is waiting for the tax clearance letter or the sixty days to expire.

The trustee does not anticipate amending the ETFR of December 31, 2017.

Period ending December 31, 2016- David Goodrich was appointed as the successor trustee on or about January 4, 2017.

The sole asset of this estate is a 50% interest in a SFR located at 606 N. Cliveden Avenue, Compton, California 90220. After obtaining a 363(h) judgment and a very lengthy unlawful detainer proceeding, the court approved a sale of the property on October 21, 2016. The escrow has not closed due to the buyer's inability to obtain financing. The buyer did, however, find an assignee that is able to close. On December 29to, the trustee filed a motion to amend the sale order to allow the escrow to proceed. Assuming no objection is filed, the declaration and order will be able to upload the order on January 17. Escrow is scheduled to close early February.

The trustee has reviewed claims. Objection to claims are not required

Once the sale proceeds are received the trustee will employ accountant to prepare the estate returns.

The trustee anticipates submitting the final report by December 13, 2017.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2017   **Current Projected Date Of Final Report (TFR):**  September 7, 2017 (Actual)

Printed: 01/23/2018 02:37 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 2:12-27692-ER
**Case Name:** SOTO, FRANCISCO JAVIER

**Trustee:** David M. Goodrich (001790)
**Bank Name:** Rabobank, N.A.
**Account:** ******8866 - Checking Account

**Taxpayer ID #:** **-***6397
**Period Ending:** 01/23/18

**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/01/17 | | A & A Escrow Services, Inc. | Sale of real property | | | 219,305.99 | | 219,305.99 |
| | {1} | | Proceeds from sale of real property | 260,000.00 | 1110-000 | | | 219,305.99 |
| | | Payment to lender | Payment to lender | -17,398.30 | 4110-000 | | | 219,305.99 |
| | | 2nd 1/2 Taxes | 2nd 1/2 Taxes | -240.28 | 2820-000 | | | 219,305.99 |
| | | Coldwell Banker | Coldwell Banker | -3,900.00 | 3510-000 | | | 219,305.99 |
| | | Century 21 A Better Service | Century 21 A Better Service | -7,800.00 | 3510-000 | | | 219,305.99 |
| | | Century 21 A Better Service | Century 21 A Better Service | -3,900.00 | 3510-000 | | | 219,305.99 |
| | | Sebastian Lopez- clean up service | Sebastian Lopez- clean up service | -2,290.00 | 2500-000 | | | 219,305.99 |
| | | MyNHD Residential NHD Report | MyNHD Residential NHD Report | -74.95 | 2500-000 | | | 219,305.99 |
| | | ASAP Invoice | ASAP Invoice | -678.15 | 2500-000 | | | 219,305.99 |
| | | Owners Title Insurance | Owners Title Insurance | -970.00 | 2500-000 | | | 219,305.99 |
| | | Wire fee | Wire fee | -25.00 | 2500-000 | | | 219,305.99 |
| | | Sub Escrow Fee | Sub Escrow Fee | -62.50 | 2500-000 | | | 219,305.99 |
| | | Recoring Order & Judgment | Recoring Order & Judgment | -60.00 | 2500-000 | | | 219,305.99 |
| | | Transfer tax | Transfer tax | -286.00 | 2820-000 | | | 219,305.99 |
| | | 1st half taxes- Count of Los Angeles | 1st half taxes- Count of Los Angeles | -1,829.83 | 2820-000 | | | 219,305.99 |
| | | Escrow fee | Escrow fee | -1,000.00 | 2500-000 | | | 219,305.99 |
| | | 1099 Processing fee | 1099 Processing fee | -75.00 | 2500-000 | | | 219,305.99 |
| | | Drawing documentation fee | Drawing documentation fee | -75.00 | 2500-000 | | | 219,305.99 |
| | | File archive fee | File archive fee | -29.00 | 2500-000 | | | 219,305.99 |
| 03/27/17 | 101 | Leticia Romero | EOD 3/24/2017- payment to co-owner of property Stopped on 06/27/17 | | 4120-001 | | 100,953.85 | 118,352.14 |
| 04/05/17 | 102 | Francisco Javier Soto | Exemption Stopped on 07/06/17 | | 8100-001 | | 11,925.00 | 106,427.14 |
| 04/27/17 | 103 | Law Offices of Brian D. Heckmann | EOD 9-5-14- Special Counsel Fee | | 3210-000 | | 3,420.00 | 103,007.14 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 342.71 | 102,664.43 |
| 06/27/17 | 101 | Leticia Romero | EOD 3/24/2017- payment to co-owner of property Stopped: check issued on 03/27/17 | | 4120-001 | | -100,953.85 | 203,618.28 |

Subtotals :    $219,305.99    $15,687.71

{} Asset reference(s)

Printed: 01/23/2018 02:37 PM    V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 2:12-27692-ER  
**Case Name:** SOTO, FRANCISCO JAVIER  

**Taxpayer ID #:** **-***6397  
**Period Ending:** 01/23/18  

**Trustee:** David M. Goodrich (001790)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/27/17 | 104 | United States Bankruptcy Court | Unclaimed dividend | 4120-001 | | 100,953.85 | 102,664.43 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 300.34 | 102,364.09 |
| 07/06/17 | 102 | Francisco Javier Soto | Exemption<br>Stopped: check issued on 04/05/17 | 8100-001 | | -11,925.00 | 114,289.09 |
| 07/07/17 | 105 | United States Bankruptcy Court | Unclaimed Dividends | 8100-001 | | 11,925.00 | 102,364.09 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.04 | 102,212.05 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.73 | 102,050.32 |
| 11/29/17 | 106 | David M. Goodrich | EOD 11/28/2017- Trustee fees | 2100-000 | | 3,717.76 | 98,332.56 |
| 11/29/17 | 107 | Alberta Stahl | EOD 11/28/2017- Trustee fee | 2100-000 | | 11,153.29 | 87,179.27 |
| 11/29/17 | 108 | United States Bankruptcy Court | EOD 11/28/17- Court fees | 2700-000 | | 293.00 | 86,886.27 |
| 11/29/17 | 109 | SL Biggs, A Divison of SingerLewak | EOD 11/28/2017- Accountant fees | 3410-000 | | 6,645.72 | 80,240.55 |
| 11/29/17 | 110 | SL Biggs, A Divison of SingerLewak | EOD 11/28/2017- Accountant expenses | 3420-000 | | 167.74 | 80,072.81 |
| 11/29/17 | 111 | Levene, Neale, Bender, Yoo & Brill, LLP | EOD 11/28/2017- Attorney fees | 3210-000 | | 72,229.45 | 7,843.36 |
| 11/29/17 | 112 | Levene, Neale, Bender, Yoo & Brill, LLP | EOD 11/28/2017- Attorney expenses | 3220-000 | | 2,588.61 | 5,254.75 |
| 11/29/17 | 113 | David M. Goodrich | EOD 11/28/2017- Trustee expenses | 2200-000 | | 33.28 | 5,221.47 |
| 11/29/17 | 114 | American InfoSource LP as agent for | EOD 11/28/2017- Unsecured claims paid at 19.8% | 7100-000 | | 1,175.30 | 4,046.17 |
| 11/29/17 | 115 | Toyota Motor Credit Corporation | EOD 11/28/2017- Unsecured claims paid at 19.8% | 7100-000 | | 2,552.40 | 1,493.77 |
| 11/29/17 | 116 | Toyota Motor Credit Corporation | EOD 11/28/2017- Unsecured claims paid at 19.8% | 7100-000 | | 1,493.77 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 219,305.99 | 219,305.99 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 219,305.99 | 219,305.99 | |
| | | | Less: Payments to Debtors | | | 11,925.00 | |
| | | | **NET Receipts / Disbursements** | | **$219,305.99** | **$207,380.99** | |

{} Asset reference(s)    Printed: 01/23/2018 02:37 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 2:12-27692-ER | **Trustee:** | David M. Goodrich (001790) |
| **Case Name:** | SOTO, FRANCISCO JAVIER | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******8866 - Checking Account |
| **Taxpayer ID #:** | **-***6397 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 01/23/18 | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |  |
|---|---|---|
| Net Receipts : | 219,305.99 | |
| Plus Gross Adjustments : | 40,694.01 | |
| Less Payments to Debtor : | 11,925.00 | |
| Net Estate : | $248,075.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8866** | 219,305.99 | 207,380.99 | 0.00 |
| | $219,305.99 | $207,380.99 | $0.00 |

{} Asset reference(s)

Printed: 01/23/2018 02:37 PM    V.13.30